UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE NORMAN CARTER,<br><br>Petitioner,<br><br>v.<br><br>M. McVAY,<br><br>Respondent. | No. 2:23-cv-00161-TLN-EFB<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 20, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  The time to file objections has passed, and neither party filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 20, 2023 (ECF No. 15) are ADOPTED IN FULL;
2. This action is DISMISSED; and
3. The Clerk of Court is directed to close this case.

Date: January 5, 2024

_____
Troy L. Nunley
United States District Judge

2